PEOPLE, Respondent, v. HOSKOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Proceeding by the People of the State of New York against Meyer Hoskowitz, alias Mayer Oskowitz. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. IQUINTO, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Proceeding by the People of the State of New York against Samuel Iquinto, alias Samuel Quinto. C. B. F. Barra, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. JULLIANO, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Proceeding by the People of the State of New York against Pasquale Julliano. No opinion. Judgment of conviction of the County Court of Richmond County affirmed.

PEOPLE, Respondent, v. KLEIN, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Proceeding by the People of the State of New York against Isidore Klein. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. LEVENTHAL, Appellant. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Proceeding by the People of the State of New York, against Gus Leventhal. H. J. Goldsmith, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 145 N. Y. Supp. 1138.

PEOPLE, Respondent, v. LEVITAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Proceeding by the People of the State of New York against David Levitan and another. K. H. Rosenberg, of New York City, for appellants. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. LEWIS. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Proceeding by the People of the State of New York against George L. Lewis. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. LIBRETTO, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Proceeding by the People of the State of New York against James Libretto. No opinion. Judgment of conviction of the Court of Special Sessions affirmed, upon the authority of People v. Smith, 28 Hun, 626, affirmed on opinion below, 92 N. Y. 665.

PEOPLE v. LYLE. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York against Frank S. Lyle. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. MAHLSAK. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Proceeding by the People of the State of New York against Max Mahlsak. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. MAIDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Proceeding by the People of the State of New York against Paolo Maida. No opinion. Judgment of conviction and order reversed, and new trial granted. Held, that the court committed prejudicial error in charging the jury that they might find the defendant guilty of perjury if they believed that he testified falsely upon either of three occasions, two of which were not charged in the indictment.

PEOPLE, Respondent, v. ORANGE COUNTY MILK ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Proceeding by the People of the State of New York against the Orange County Milk Association. W. R. Conklin, of New York City, for appellant. W. E. C. Mayer, of New York City, for the People. No opinion. Judgment affirmed, with costs. Order filed.

PEOPLE v. PECE. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York against Abramo Pece. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. PINKNEY et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Proceeding by the People of the State of New York against Charles N. Pinkney and others. I. Henderson, of New York City, for appellants. A. J. Talley, of New York City, for the People. No opinion. Judgments affirmed. Order filed.

PEOPLE, Respondent, v. REID, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York against Joseph E. Reid. F. H. Reuman, of New York City, for appellant. T. Farley, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. RISLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Proceeding by the People of the State of New York against Edwin H. Risley. PER CURIAM. Judgment of conviction and order affirmed.

MERRELL, J., not sitting.